**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William Gross and Elizabeth Gross,

Plaintiffs,

v.

Richard Lurie, Francelyne Lurie,
Adam Lurie, and Option Resources,

Defendants.

Civil No. 00-2182 (DWF/AJB)

**ORDER**

---

Larry D. Espel, Esq., Andrew Luger, Esq., and Nancy E. Brasel, Esq., Greene Espel, 1700 Metro Center, 333 South Seventh Street, Minneapolis, MN 55402, counsel for Plaintiffs.

John R. Stoebner, Esq. and David A. Harbeck, Esq., Lapp, Laurie, Libra, Abramson & Thomson, 120 Sixth Street South, Suite 2500, Minneapolis, MN 55402, counsel for Defendants.

---

The above-entitled matter came on for hearing before the undersigned United States District Judge on September 28, 2000, pursuant to the motion for temporary restraining order, preliminary injunction, and attachment filed by the Plaintiffs. The Court, at that time, filed an Order on September 29, 2000.

Pursuant to that Order, the Court has reviewed *in camera* the records purported to be those of ECI relating to the time period of 1990 through 2000. Based upon the presentations of counsel, and the Court having reviewed the contents of the Court's file, including its *in camera* review of the records before the Court, and the Court otherwise duly advised in the premises, the Court hereby enters the following:

OCT 19 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

1. **Records-Documents Relating to Equity Conservation Incorporated.** The Plaintiffs shall be entitled to all records of Equity Conservation, Inc. reviewed by the Court from the time the underlying civil action was filed, namely October 25, 1996, through the present.

2. That the Plaintiffs shall be entitled to partially redacted copies of the records of Equity Conservation, Inc. that the Court has reviewed *in camera* from January 1, 1996, through October 25, 1996.

3. That the Plaintiffs shall not be entitled to obtain discovery of the records of Equity Conservation, Inc. for the time period of 1990 through the end of 1995, the Court finding, based upon its *in camera* review, that the contents of those documents do not relate to a claim or defense of the Plaintiffs and that the information contained therein is not reasonably calculated to lead to the discovery of admissible evidence in the above-entitled matter.

Until further Order of the Court, the information ordered disclosed herein shall be only shared by counsel for the Plaintiffs, assistants in the offices of Plaintiffs' counsel, and potential expert witnesses. No disclosures of the material shall be made to any other individual, absent further order of the Court.

4. **Temporary Stay of Order.**

This Order is stayed until Friday, October 27, 2000, to permit the Defendants to submit to the Court any objections or argument as to why the provisions of this Order shall not be implemented.

Dated: October 18, 2000

DONOVAN W. FRANK
Judge of United States District Court