UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2182 (DWF/AJB)

William and Elizabeth Gross,

Plaintiffs and Claimants,

vs.

Richard Lurie, Francelyne Lurie, Adam Lurie, and Option Resources,

Defendants and Respondents.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

## STIPULATION

By and through their respective attorneys, Plaintiffs William and Elizabeth Gross, on the one hand, and Defendants Richard Lurie, Francelyne Lurie, Adam Lurie, and Option Resources, LP, on the other hand, hereby stipulate and agree as follows:

**WHEREAS,** the Court in the above-captioned action has issued an Order dated September 29, 2000, temporarily enjoining Francelyne Lurie and Richard Lurie from transferring out any cash, securities, and other assets held in the Piper Jaffray account, number 100-561852-120 under the name Option Resources; and

**WHEREAS,** the Court in the above-captioned action has issued an Order dated November 16, 2000, which, *inter alia,* attached, pursuant to Minn. Stat. Ch. 570, all funds held in all accounts of Equity Conservation, Inc., E & R Partners and Lurie & Associates, and attached funds up to the amount of $60,000 in Francelyne Lurie's bank account (No. 1-047–7127-5799) at U.S. Bank;

FILED APR 0 3 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the parties have fully and finally settled and resolved all issues between them; and

**WHEREAS,** the parties have agreed as part of the afore-mentioned settlement to dismiss the pending action with prejudice and without costs and that any and all injunctions, attachments, or other restrictions placed on any bank or investment account identified in either of the two United States District Court Orders identified above shall be deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

1. This lawsuit shall be, and hereby is, dismissed with prejudice and without costs.

2. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on thc Pipcr Jaffray account, number 100-561852-120 under the name Option Resources are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

3. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on any bank account held in the name of Option Resources are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

4. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on any bank account held in the name of E & R Partners are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

5. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on any bank account held in the name of Lurie & Associates are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

6. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on any bank account held in the name of Equity Conservation, Inc. are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

7. Any and all attachments, injunctions, or other restrictions previously placed in connection with the above-captioned action on any bank account held in the name of Francelyne Lurie, including but not limited to her U.S. Bank account (No. 1-047–7127-5799) are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect.

8. This Stipulation is effective as of March 30, 2001.

**SO STIPULATED,**

LAPP, LIBRA, THOMSON, STOEBNER,
& PUSCH, CHARTERED

Dated: March 30, 2001

By [signature]
John R. Stoebner (#140879)
David A. Harbeck (#238594)
One Financial Plaza
Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
612/ 338-5815

Attorneys for Defendants

GREENE ESPEL P.L.L.P.

Dated: March 29, 2001

By [signature]
Larry D. Espel (#27595)
Andrew M. Luger (#189261)
Nancy E. Brasel (#266851)
Suite 1700
333 South Seventh Street
Minneapolis, MN 55402
612/ 373-0830

Attorneys for Plaintiffs

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered that this matter is dismissed and that all attachments, injunctions or other restrictions entered in this matter are hereby deemed dismissed, satisfied, released and discharged and shall have no further force or effect, in accordance with the stipulation of the parties.

Dated: Apr. 1 3, 2001

**BY THE COURT**

[signature]
Honorable Donovan W. Frank
United States District Judge